IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL VAN CASTER,

                Plaintiff,

  v.                                                        ORDER

WISCONSIN DEPARTMENT OF NATURAL           18-cv-1009-jdp
RESOURCES,

                Defendant.

---

Plaintiff Michael Van Caster, appearing pro se, filed this this lawsuit under 42 U.S.C. § 1983, alleging that the Wisconsin Department of Natural Resources is involved in the Department of Corrections' failure to provide inmates at Fox Lake Correctional Institution with clean water. On January 3, 2019, I dismissed Van Caster's complaint for failing to adequately state claims against the DNR. Dkt. 7. I have him a short time to file an amended complaint better explaining his claims. On January 14, 2019, Magistrate Judge Stephen Crocker entered an order granting in part Van Caster's motion for an extension of time, extending Van Caster's deadline to file an amended complaint to February 25, 2019. Dkt. 9. Magistrate Judge Stephen Crocker also explained that Van Caster had the option to voluntarily dismiss his case without prejudice and refile an amended complaint when he was ready to do so. Magistrate Judge Crocker later denied Van Caster's motion for another extension. Dkt. 11.

Van Caster's February 25 deadline has passed and he has not filed an amended complaint or otherwise responded. I will assume that he has decided to voluntarily dismiss the case. As Magistrate Judge Crocker previously explained to Van Caster, if he later decides to bring the case again, he will owe a brand-new filing fee for it.

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice.

Entered March 11, 2019.

        BY THE COURT:

        /s/

        _____
        JAMES D. PETERSON
        District Judge