IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL VAN CASTER,

    Plaintiff,

  v.

Case No. 18-cv-01009-jdp

WISCONSIN DEPARTMENT OF
NATURAL RESOURCES,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 3/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |