IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL VAN CASTER,

    Plaintiff,

  v.

Case No. 18-cv-1009-jdp

KEVIN CARR, et al.

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 2/7/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |